**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PEGASYSTEMS INC. DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No.: 1:22-cv-11985<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS PETER GYENES, RICHARD JONES, LARRY WEBER, ALAN TREFLER, AND KENNETH STILLWELL AND NOMINAL DEFENDANT PEGASYSTEMS INC.'S MOTION TO DISMISS THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINTS**

Defendants Peter Gyenes, Richard Jones, Larry Weber, Alan Trefler, and Kenneth Stillwell, and Nominal Defendant Pegasystems Inc. ("Pegasystems") respectfully move the Court to dismiss the Verified Shareholder Derivative Complaints filed in the *Larkin* Action, Case No. 1:22-cv-11985, and the *Sagfors* Action, Case No. 1:23-cv-10933 (collectively, the "Complaints"), with prejudice on three independently dispositive grounds:

1. First, the Complaints should be dismissed under § 7.42 of the Massachusetts Business Corporations Act (the "MBCA") because Plaintiffs filed the Complaints prematurely, before serving demands on the Board.

2. Second, the Complaints should be dismissed under MBCA § 7.41 and Federal Rule of Civil Procedure 23.1 because Plaintiffs did not adequately plead that they were shareholders when the conduct challenged in the Complaints occurred.

3. Third, the Complaints should be dismissed under MBCA § 7.44 because the Demand Review Committee of the Board of Directors of Pegasystems ("DRC") consisting of independent directors conducted a reasonable investigation into the Plaintiffs' claims and

determined in good faith that it is not in Pegasystems's best interests to pursue those claims against the Defendants.

This Motion is based on the accompanying Memorandum of Law, the Memorandum of Law of Defendants Christopher Lafond, Dianne Ledingham, and Sharon Rowlands in Support of their Motion to Dismiss (ECF No. 13), and the Declaration of Ilan T. Graff and accompanying exhibits (ECF No. 14).

WHEREFORE, Defendants Peter Gyenes, Richard Jones, Larry Weber, Alan Trefler, and Kenneth Stillwell and Nominal Defendant Pegasystems respectfully request that the Court enter an order dismissing all claims against Defendants with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) & (e), Defendants Peter Gyenes, Richard Jones, Larry Weber, Alan Trefler, and Kenneth Stillwell and Nominal Defendant Pegasystems respectfully request a hearing on this Motion to Dismiss, to be set for hearing at such time as the Court determines. Defendants make this request because they believe that oral argument will assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Defendants conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues that are the subject of this Motion. Plaintiffs did not assent to the relief sought in this Motion.

Dated: December 4, 2024

Respectfully submitted,

*/s/ Daniel W. Halston*
Daniel W. Halston (BBO # 548692)
Robert Kingsley Smith (BBO # 681914)
Erika M. Schutzman (BBO # 696241)
Robert A. Donoghue (BBO # 696693)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Daniel.Halston@wilmerhale.com
Robert.Smith@wilmerhale.com
Erika.Schutzman@wilmerhale.com
Robert.Donoghue@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 4, 2024.

*/s/ Daniel W. Halston*
Daniel W. Halston