**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PEGASYSTEMS INC. DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. 1:22-cv-11985-WGY |

**PLAINTIFFS' ASSENTED-TO MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULES 23.1(c) AND 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Mary Larkin ("Larkin") and Dag Sagfors ("Sagfors," and collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move this Court pursuant to Rules 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure for entry of an order voluntarily dismissing this consolidated action without prejudice. In support of this Motion, Plaintiffs state as follows:

Plaintiffs seek this voluntary dismissal to avoid unnecessary litigation concerning Massachusetts' pre-suit demand requirement. Defendants have moved to dismiss this action based on Plaintiffs' alleged failure to comply with that requirement. Although Plaintiffs could respond by filing an amended complaint pursuant to Rule 15(a)(1)(B), doing so would raise unnecessary questions about whether such an amendment could cure the alleged defect. Specifically, the Court would need to address whether an amended complaint filed after making a demand relates back to the original filing date under Rule 15(c) or whether the amendment effectively satisfies Massachusetts' universal demand requirement. Voluntary dismissal offers a more efficient path forward.

The circumstances here strongly favor granting voluntary dismissal without prejudice to refiling these actions. The litigation remains at an early stage—no defendant has answered the complaint or moved for summary judgment. No party will suffer prejudice from dismissal without

prejudice because no consideration has been offered or promised to Plaintiffs or their counsel in exchange for this request. Most importantly, Plaintiffs have now completed the demand process required by Massachusetts law: they made formal written demands on Pegasystems' Board and, on October 15, 2024, received the Board's determination through its Demand Review Committee rejecting those demands. As a result, any refiled action would begin in full compliance with the statutory prerequisites.

Defendants have consented to this voluntary dismissal. A more detailed discussion of the procedural background and legal support for this motion appears in Plaintiffs' accompanying memorandum of law.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order:

1. Granting this Motion for Voluntary Dismissal without prejudice and

2. Dismissing this action without prejudice pursuant to Rules 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure without requiring notice to shareholders because Plaintiffs intend to refile their claims now that they have both made demands on the Board that the Board has refused.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Plaintiffs conferred with counsel for Defendants regarding this Motion, and Defendants assent to the relief it seeks.

Respectfully submitted,

Dated: December 17, 2024

*s/ Mitchell J. Matorin*

**MATORIN LAW OFFICE, LLC**
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, Massachusetts 02482
(781) 453-0100
mmatorin@matorinlaw.com

*Counsel for Plaintiff Mary Larkin*

**Of Counsel for Plaintiff Mary Larkin:**

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, New York 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

Dated: December 17, 2024

*s/ Daryl Andrews*

**ANDREWS DEVALERIO LLP**
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO# 568523)
P.O. Box 67101
Chestnut Hill, Massachusetts 02467
(617) 999-6473
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

*Counsel for Plaintiff Dag Sagfors*

**Of Counsel for Plaintiff Dag Sagfors:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
Marion Passmore
810 Seventh Avenue, Suite 620
New York, New York 10019
(212) 308-5858
eagel@bespc.com
passmore@bespc.com

Badge Humphries
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina 29482
(843) 883-7444
humphries@bespc.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 17, 2024.

*s/ Daryl Andrews*